IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-22831-CIV-ALTONAGA/O'SULLIVAN

AMELIA GUZMAN,

    Plaintiff,

v.

BEST DOCTORS, INC., a foreign corporation,
and JOHN VARVARIS, Individually,

    Defendants.
_____/

## DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendants, BEST DOCTORS, INC. and JOHN VARVARIS, hereby file their Certificate of Interested Parties and Corporate Disclosure Statement pursuant to this Court's Order Requiring Scheduling Report and Certificates of Interested Parties [D.E. 7].

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    **Plaintiff and Plaintiff's Counsel**

    **Amelia Guzman, Plaintiff**

    **Peter M. Hoogerwoerd, Esq.**

    **Remer & Georges-Pierre, PLLC**

{5066380:}

**Defendants and Defendants' counsel**

Best Doctors, Inc.

John Varvaris

David Axelman, Esq.

McDonald Hopkins LLC

**Parent Corporation of Defendant Best Doctors, Inc.**

Best Doctors Holdings, Inc.

**Subsidiaries of Defendant Best Doctors, Inc. and Subsidiaries Therof**

Best Doctors Insurance International

Best Doctors International

Best Doctors UK LTD.

Best Doctors Portugal Ltd

Best Doctors Australasia Pty Limited

Best Doctors Luxembourg Holdings S.a.r.l.

Best Doctors Iberia Underwriting, S.L.

Best Doctors Underwriting Europe LDA.

Best Doctors (Gibraltar) Holdings Limited

Best Doctors (Gibraltar) Finance Limited

Best Doctors Insurance Limited

Insurance Holdings, LLC

Best Doctors TT Limited

Health Resources and Technology S.A.

Best Doctors Canada Insurance Services Inc.

>   **Best Doctors Canada Inc.**
>
>   **HRT Ecuador S.A.**
>
>   **Best Doctors Empresa de Medicina Prepagada S.A.**
>
>   **Best Doctors Insurance V.B.A.**
>
>   **Best Doctors Technologies SLU**
>
>   **Medical Exchange Medting, Ltd.**
>
>   **Health Resources and Technology Argentina**

2.  The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

>   **None known to Defendants.**

3.  The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

>   **None known to Defendants.**

4.  The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

>   **Plaintiff alleges that she is a victim of wrongful conduct. No others are known to Defendants.**

**I HEREBY CERTIFY** that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and the magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

**DATED** on this 22nd day of August, 2014.

Respectfully submitted,

**MCDONALD HOPKINS LLC**

*Counsel for Defendants Best Doctors, Inc. and John Varvaris, Individually*

/s/ David Axelman
David Axelman
Florida Bar No. 90872
daxelman@mcdonaldhopkins.com
Southeast Financial Center, Suite 3130
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:	305-704-3990
Facsimile:	305-704-3999

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 22, 2014, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, causing a Notice of Electronic filing to be sent to all counsel of record.

/s/ David Axelman
David Axelman